STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT


15-181 consolidated with 15-180



ESTATE OF SHELLIE BELAIRE (LARRY JOSEPH WILTZ, JR. ON BEHALF OF MINOR SON O.J.W.)

VERSUS

CRAWFISH TOWN USA, ET AL.


**********

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 9
PARISH OF ST. MARTIN, NO. 14-02958 C/W 14-02955
ELIZABETH CLAIRE LANIER, WORKERS' COMPENSATION JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.

AMY, J., dissents and assigns reasons.

PICKETT, J., dissents for the reasons assigned by Judge Amy.


REVERSED AND REMANDED.

Jeffery F. Speer
Doucet & Speer
P. O. Drawer 4303
Lafayette, LA 70502-4303
Telephone: (337) 232-0405
COUNSEL FOR:
    Plaintiff/Appellant – Estate of Shellie Belaire (Larry Joseph Wiltz, Jr. o/b/o O.J.W.)

**Eric J. Waltner**
**Allen & Gooch, A Law Corporation**
**P. O. Box 81129**
**Lafayette, LA 70598-1129**
**Telephone: (337) 291-1400**
**COUNSEL FOR:**
      **Defendant/Appellees – LUBA Workers' Compensation and Crawfish Town USA**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Estate of Shellie Belaire v. Crawfish Town USA and LUBA Workers' Compensation*, 15-180 (La.App. 3 Cir. __/__/__); ___So.3d___, the judgment of the trial court is reversed and the matter is remanded for a trial on the merits. Costs of this appeal are assessed against Defendants, Crawfish Town USA, Inc. and LUBA Workers' Compensation.

**REVERSED AND REMANDED.**

NUMBER 15-181
Consolidated With
NUMBER 15-180

COURT OF APPEAL, THIRD CIRCUIT

STATE OF LOUISIANA

ESTATE OF SHELLIE BELAIRE (LARRY JOSEPH WILTZ, JR. ON BEHALF OF MINOR SON O.J.W.)

VERSUS

CRAWFISH TOWN USA, ET AL.

AMY, J., dissenting.

I respectfully dissent from the majority opinion. For the reasons expressed in my dissent to the lead opinion, I would affirm the workers' compensation judge's ruling. *See Estate of Shellie Belaire v. Crawfish Town USA and LUBA Workers' Compensation*, 15-180 (La.App. 3 Cir. _/_/_), _ So.3d _.